# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL NEHLS, et al.,

           **Plaintiffs,**

    v.                                                       Case No. 25-CV-131

CITY OF HARTFORD, et al.,

           **Defendants.**

## ORDER

Before the Court are the defendants' Motion for Partial Dismissal and Motion for More Definite Statement. (ECF No. 10.) All parties have consented to the full jurisdiction of this Court pursuant to 28 U.S.C. § 636(c). (ECF Nos. 7, 13.)

The defendants argue that the City of Hartford should be dismissed because the plaintiffs state no claim against it. (ECF No. 11 at 4.) The plaintiffs respond that they included the city only for indemnification purposes under Wis. Stat. § 895.46 (ECF No. 15 at 1-2.) The parties then stipulated to the dismissal of City of Hartford. (ECF No. 16.) Thus, the Court will deny the defendants' motion for partial dismissal as moot.

The defendants further move for a more definite statement because "plaintiffs [sic] … allegations are so vague and ambiguous that defendants cannot reasonably prepare a

response." (ECF No. 11 at 7.) Specifically, the defendants contend it is unclear what claims are brought and by whom. (*Id.* at 7-8.) In response, the plaintiffs clarify the scope of their claims and argue that no further clarification is necessary. (ECF No. 15 at 2-3.)

The defendants did not reply to this argument, seemingly satisfied with the plaintiffs' response. *See United States v. Farris*, 532 F.3d 615, 619 (7th Cir. 2008) (defendants waived argument by failing to address it in the reply). Furthermore, the plaintiffs' response clarifies who is bringing what claims and that the plaintiffs are not pursuing the claims of which the defendants were concerned, making a more definite statement unnecessary. Thus, the Court will deny the defendants' motion for more definite statement.

**IT IS THEREFORE ORDERED** that the defendants' motion to dismiss the City of Hartford as a party is **denied as moot**.

**IT IS FURTHER ORDERED** that the defendants' motion for a more definite statement is **denied**.

Dated at Milwaukee, Wisconsin this 19th day of March, 2025.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge